UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR OROZCO,<br><br>Defendant | CASE NO.: 19CR2222-W<br><br>**ORDER TERMINATING<br>SUPERVISED RELEASE** |

Pursuant to the joint motion of the parties, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the remaining term of supervised release for the Defendant, Cesar Orozco, in the above matter be terminated pursuant to 18 U.S.C. § 3583(e)(1), as it is warranted by the conduct of the Defendant and the interest of justice.

SO ORDERED

Dated: 2/2/24

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE